## THOMAS S. JONES *versus* JOHN KINZIE

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Death suggested, proceedings stayed *p. 194; (2) death suggested *p. 272; (3) proceedings stayed *p. 335.
PAPERS IN FILE: (1) Precipe for capias; (2) affidavit of indebtedness.
*Office Docket,* MS p. 146, c. 61.

## JAMES DAY *versus* RALPH LOCKWOOD & CO.

. . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1821): *Journal 3:* (1)  Discontinued, judgment *p 194.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) draft of recognizance; (3) writ of habeas corpus and return; (4) precipe for execution ca. sa. and to tax attorney's fee; (5) writ of ca. sa. and return.
*Office Docket,* MS p. 125, c. 33.  Recorded in *Book A,* MS pp. 129–35.